# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marco Wigfall ,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:11-cv-00393-FDW

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/29/2012 Order.


                Signed: June 29, 2012

Frank G. Johns, Clerk
United States District Court